Case 3:02-cv-00270-JKS-JDR   Document 92   Filed 05/11/2006   Page 1 of 2

RECEIVED
MAY 11 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

FILED
MAY 08 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DANIEL C. HERMAN,<br><br>    Petitioner - Appellant,<br><br>v.<br><br>CRAIG TURNBULL,<br><br>    Respondent - Appellee. | No. 05-35681<br><br>D.C. No. CV-02-00270-JKS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner

    The second motion of the Federal Public Defender to withdraw as counsel granted. Appellant's motion for appointment of new counsel is granted. New counsel will be appointed by separate order.

    The Clerk shall serve a copy of this order on Richard Curtner, Federal Public Defender, 601 West Fifth Avenue, Suite 800, Anchorage, Alaska 99501-2221, who will locate appointed counsel. The district court shall provide the Clerk of this court with the name and address of appointed counsel by facsimile transmission (FAX: (415) 556-6228) within 14 days of locating counsel.

    The Clerk shall also serve copies of appellant's opening brief and excerpts of record, filed on February 16, 2006; appellee's answering brief, filed on April 20, 2006; and appellant's pro se motions and affidavit received May 2, 2006 on Mr. Curtner for referral to new counsel. Within 42 days after the date of this order, new counsel shall consult with appellant and inform the court whether counsel wishes to proceed with the opening brief and excerpts already filed or if

05-35681

counsel wishes to file a new opening brief or new excerpts or both. The briefing schedule is stayed pending further order of the court.

The Clerk shall serve this order on former counsel Mary C. Geddes, Esq.

*Peter L. Ahrens*
General Order 6.3(e)