**FILED**
SEP 14 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| DANIEL C. HERMAN, | No. 05-35681 |
|---|---|
| Petitioner - Appellant, | D.C. No. CV-02-00270-JKS/JDR |
| v. | District of Alaska, Anchorage |
| CRAIG TURNBULL, | ORDER |
| Respondent - Appellee. | |

**RECEIVED**
SEP 17 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Before: HUG, McKEOWN, and W. FLETCHER, Circuit Judges.

The panel votes to deny the petition for rehearing. Judges McKeown and Fletcher vote to deny the petition for rehearing en banc, and Judge Hug so recommends.

The full court has been advised of the petition for rehearing and rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for panel rehearing and the petition for rehearing en banc are denied.